JAMES F. McGOVERN, Respondent, v. CHARLES BENDER and Others, Defendants, and WILLIAM J. TOBIN, Appellant.— Order denying motion of defendant Tobin to open default and for leave to answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

J. M. MEREDITH, Ancillary Executor, etc., of MYRLE M. MEREDITH, Formerly MYRLE M. CANADAY, Deceased, Respondent, v. SIESEL E. CANADAY, Appellant.— Judgment reversed upon the law and the facts and a new trial granted, costs to the appellant to abide the event. Plaintiff did not prove the facts alleged in the complaint. The case was submitted to the jury on a theory different from that set forth in the complaint. Defendant moved, at the close of plaintiff's case and at the end of the whole case, to dismiss the complaint on the ground of variance between the pleading and the proof. The motions should have been granted. Defendant should have been permitted to plead the Statute of Frauds for causes of action claimed to have been proved. The verbal promises to repay these loans were within the Statute of Frauds. However, upon the proof presented plaintiff would have a cause of action for money had and received, payable on demand, as against which the Statute of Limitations would be a defense except as to the last loan of $750. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

MIDDLE VILLAGE WET WASH LAUNDRY Co., INC., Respondent, v. JOSEPH STILLERMAN, Individually and as President of the Laundry Drivers, Chauffeurs and Helpers' Union, Local 810, of the International Brotherhood of T. C. S. and H. of A., and Others, Defendants, and MAX GOLDENBERG, Appellant.— Order adjudging defendant Goldenberg in contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

URSULA A. MILLER, Respondent, v. GIMBEL BROS., INC., Appellant.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. We are of opinion that the finding of negligence on the part of defendant is against the weight of the evidence. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

BEEKMAN G. MITCHELL, Respondent, v. LUCKENBACH STEAMSHIP COMPANY, INC., Appellant.— Order denying motion to strike out as sham certain denials in the reply affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.